St., Borough of Manhattan.] — Order unanimously affirmed. No opinion. Concur — Peck, P. J., Breitel, Bastow, Botein and Cox, JJ.

■ In the Matter of 66 VERMILYEA AVENUE CORP., Appellant, against TAX COMMISSION OF THE CITY OF NEW YORK et al., Respondents. [66 Vermilyea Ave., Borough of Manhattan.] — Order unanimously affirmed. No opinion. Concur — Peck, P. J., Breitel, Bastow, Botein and Cox, JJ.

■ LOWELL POLLACK, an Infant, by HARRY POLLACK, His Guardian ad Litem, et al., Respondents, v. FREDA S. VINNIK, Appellant, et al., Defendant.— Judgment unanimously affirmed, with costs. No opinion. Concur — Peck, P. J., Bastow, Rabin, Cox and Frank, JJ.

■ HANS K. LORENTZEN, Individually and Doing Business as BRAIDBURN COUNTRY CLUB, et al., Appellants, et al., Plaintiffs, v. SPRINGFIELD FIRE & MARINE INSURANCE COMPANY et al., Respondents, et al., Defendants.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Peck, P. J., Bastow, Rabin, Cox and Frank, JJ.

■ HANS K. LORENTZEN, Individually and Doing Business as BRAIDBURN COUNTRY CLUB, et al., Respondents, v. SPRINGFIELD FIRE & MARINE INSURANCE COMPANY et al., Defendants, and CONTINENTAL INSURANCE COMPANY OF NEW YORK et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Peck, P. J., Bastow, Rabin, Cox and Frank, JJ.

■ JOSH SEAWRIGHT et al., Appellants, v. BEBE SERVICE CORP. et al., Respondents.— Judgment unanimously affirmed, with costs. No opinion. Concur — Peck, P. J., Bastow, Rabin, Cox and Frank, JJ.

■ JAMES MURRAY et al., Individually and as Members of Milk Drivers and Dairy Employees Local 584, International Brotherhood of Teamsters, Chauffeurs, Warehousemen and Helpers of America, on Behalf of Themselves and All Other Members of Said Local, Similarly Situated, Respondents-Appellants, v. JOHN KELLY, Individually and as President of Milk Drivers and Dairy Employees Local 584, International Brotherhood of Teamsters, Chauffeurs, Warehousemen and Helpers of America, et al., Appellants-Respondents.— Orders unanimously affirmed. No opinion. Concur — Breitel, J. P., Botein, Rabin, Cox and Frank, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES SONTZ, Appellant.— Judgment unanimously affirmed. We construe the judgment of conviction to cover only the charge of assault. Concur — Breitel, J. P., Botein, Rabin, Cox and Frank, JJ.

■ In the Matter of the CITY OF NEW YORK, Respondent, Relative to Acquiring Title to Real Property Required for Major Deegan Boulevard (Expressway), in the Borough of The Bronx. HAVEN ENTERPRIZES INC., Appellant.— Order and decree, insofar as it makes an award for Damage Parcel No. 378 reversed, and a new hearing directed for the purpose of taking proof as to rental value, following which the court shall fix the amount of the award. The imminent taking of the property in condemnation following the restoration of the vacant premises may well have prevented the owner from procuring tenants. On the other hand, the only evidence offered by the owner as to value was actual rentals prior to the premises becoming vacant. The rents actually reserved do not necessarily represent the rental value. Accordingly, there should be a further hearing for the purpose of redetermining the award and receiving such additional evidence as the parties may wish to proffer as to the rental value of the premises, except for the fact of condemnation, on the date of the taking, without costs to either party. Settle order on notice. Concur — Breitel, J. P., Botein, Rabin, Cox and Frank, JJ.

■ In the Matter of JOHN G. BROADY, an Attorney.—Respondent disbarred. Concur — Breitel, J. P., Botein, Cox and Frank, JJ.